IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| DLJ MORTGAGE CAPITAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>STEWART TITLE GUARANTY COMPANY<br><br>Defendants. | Civil No. 21-cv-01318-SCC<br><br><br><br>BREACH OF CONTRACT;<br>DECLARATORY JUDGMENT;<br>BAD FAITH; DAMAGES |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, DLJ Mortgage Capital, Inc., ("DLJ"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- DLJ is a wholly owned subsidiary of both Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp. All are Delaware corporations with headquarters in 11 Maddison Avenue, New York, NY, 10010.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 20th day of October, 2021.

2

**ANTONETTI MONTALVO & RAMIREZ-COLL**
P.O. Box 13128
San Juan, PR 00908
Tel: (787) 977-0303
Fax: (787) 977-0323

**s/ Omar Hopgood-Muñoz**
OMAR HOPGOOD MUÑOZ
USDC-PR No. 229306
ohopgood@amrclaw.com


**s/ Jorge M. Carazo-González**
JORGE M. CARAZO-GONZALEZ
USDC-PR No. 230106
jcarazo@amrclaw.com